IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| MARCUS ORTIZ | § | |
| VS. | § | CIVIL ACTION NO. 1:22cv574 |
| WARDEN COFFIN, ET AL. | § | |

### MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Marcus Ortiz, an inmate formerly at the Cleveland Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, brought the above-styled lawsuit against prison officials.[1]

The Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge recommends dismissing plaintiff's complaint for failing to serve the defendants pursuant to FED. R. CIV. P. 4(m).

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. Plaintiff filed objections to the magistrate judge's Report and Recommendation. This requires a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b).

---

[1] The Court notes that the correct spelling of plaintiff's name is Marcos Ortiz instead of Marcus Ortiz. Plaintiff is well known to the Court as a vexatious litigant having filed at least six prior lawsuits which were dismissed as frivolous or for failing to state a claim. Accordingly, plaintiff is barred from proceeding on an *in forma pauperis* basis pursuant to 28 U.S.C. § 1915(g). Additionally, plaintiff has been sanctioned by the United States Court for the Southern District of Texas for abuse of the judicial system. *See Ortiz v. Livingston*, No. 3:13cv330 (S.D. Tex. Oct. 3, 2013).

Plaintiff objects to the report, asserting that he was at the Montford Unit for medical treatment and had not received his legal materials from his previous unit. Plaintiff, however, has since notified the Court of his transfer to the Allred Unit, and he has not notified the Court of any further impediment to proceeding with the lawsuit. As of this date, plaintiff has failed to provide proof of service of any of the defendants or show good cause for failing to effect service despite an extensive amount of time to do so. Moreover, plaintiff has failed to provide the Court with a physical address at which personal service could be attempted. After careful consideration, the Court concludes plaintiff's objections are without merit and should be overruled.

### O R D E R

Accordingly, plaintiff's objections are OVERRULED. The findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is ADOPTED. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

**SIGNED this 17th day of September, 2025.**

_____
Michael J. Truncale
United States District Judge